IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:12CR3070 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ROBERT D. BERNT, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes come before the Court upon Defendant's Unopposed Motion to Continue Deadline for Filing Variance Motion and Variance Brief (filing 49). Being fully advised in the premises, and noting that the government has no objection, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's motion (filing 49) is granted, and Defendant shall file his variance motion and brief no later than February 25, 2013.

DATED this 14th day of February, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge